[No. 24227-0-I. Division One. May 20, 1991.]

VERNE E. BARTLEY, *Appellant,* v. FIBREBOARD
CORP., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 87-2-11516-0, Susan R. Agid, J., entered May
10, 1989. *Reversed* by unpublished opinion per Webster,
A.C.J., concurred in by Coleman and Baker, JJ.

[No. 25863-0-I. Division One. May 20, 1991.]

CASCADE VISTA CONVALESCENT CENTER, INC., ET AL,
*Appellants,* v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 87-2-10896-1, Tom Wampold, J. Pro Tem.,
entered February 22, 1990. *Affirmed* by unpublished opin-
ion per Baker, J., concurred in by Coleman and Forrest, JJ.
Now published at 61 Wn. App. 630.

[No. 25193-7-I. Division One. May 20, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
MICHAEL ECHEVESTE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-1-02730-1, Frank L. Sullivan, J., entered
October 27, 1990. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Pekelis and Forrest, JJ.